*Asahel Burchard* v. *Jacob Phillips et al.* J. RHOADES, for appellants; M. T. REYNOLDS, for respondent. Decided in

this case that so long as the surplus moneys in a foreclosure suit remain in court it is competent for the chancellor, to let in an incumbrancer to assert his claim thereto, where the equity of the case is with him and his neglect to file his claim in due season is satisfactorily accounted for. And that where the surplus moneys have been paid out of court under an order irregularly obtained, the court has jurisdiction, by a summary proceeding, to compel a party who has obtained possession thereof improperly and without its authority, to restore the same. But that after the court has lost its control over the surplus moneys, by a payment thereof to a claimant, under an order regularly entered, it is too late for another claimant to apply for summary relief in respect to such moneys. *Surplus moneys, when to be applied for.*

Order appealed from affirmed with costs.